IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Criminal Case No.: 08-mj-00056-GJR

UNITED STATES OF AMERICA,

    Plaintiff,
vs.

JOSEPH R. FINCH,

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE GUDRUN J. RICE
DATED:   December 29, 2010

    The Court, being advised by Memorandum dated December 27, 2010 from Pete Stein, Probation Officer, with the approval of Richard Vaccaro, Supervising Probation Officer, that Defendant Joseph R. Finch has not violated a condition of his probation, hereby dismisses the proceedings against the Defendant, without entering a judgment of conviction, and hereby dismisses the Defendant from probation.